# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| F. R., a minor, by and through her Guardian Ad Litem, MILA ROMERO,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 23-cv-01840-BLF<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANTS NICOLE BILTE AND DANIEL FLORES SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE PROCESS** |

Plaintiff is hereby Ordered to Show Cause, in writing and by August 18, 2023, why Defendants Daniel Flores and Nicole Bilte should not be dismissed for failure to serve process within 90 days as required under Federal Rule of Civil Procedure 4(m). If Plaintiff files proofs of service on Defendants Daniel Flores and Nicole Bilte prior to August 18, 2023, the Court will discharge the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: July 19, 2023

_____
BETH LABSON FREEMAN
United States District Judge