UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.R., a minor, by and through her Guardian Ad Litem, MILA ROMERO,<br><br>             Plaintiff,<br><br>      v.<br><br>SANTA CLARA UNIFIED SCHOOL DISTRICT, a California public entity; DANIEL FLORES, an individual; ANTHONY ALBERTS, an individual; NICOLE BILTE, an individual; MELISSA LE, an individual; and DOES 1-25, inclusive.<br><br>             Defendants. | Case No.: 23-cv-01840-BLF<br><br>[~~PROPOSED~~] **ORDER GRANTING PETITION FOR APPROVAL OF MINOR'S COMPROMISE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**[~~PROPOSED~~] ORDER**

**1.** The Petition for Approval of Minor's Compromise of Plaintiff F.R., a minor, by and through her Guardian Ad Litem, Mila Romero, IS HEREBY GRANTED, with the payment of attorneys' fees and costs being APPROVED as fair and reasonable.

**2.** Within forty-five (45) days of the issuance of this Order, **$20,000.00** shall be deposited into an interest-bearing blocked account made in the name of minor Plaintiff F.R. at a financial institution which maintains Federal Deposit Insurance Corporation ("FDIC") membership (the "Deposit"). No withdrawals of the Deposit, including any interest that may accrue upon such deposit, may be made until minor Plaintiff F.R. attains the age of 18 years, absent an order of the Court. Upon the date of minor Plaintiff F.R.'s 18th birthday, the Deposit shall be released in its entirety, inclusive of any interest that accrued upon such deposit, and directly to minor Plaintiff F.R. without further order of the Court.

**3.** Within sixty (60) days of the issuance of this Order, Plaintiff's counsel is directed to file with this Court a proof of the Deposit of $20,000.00 into an interest-bearing blocked account made in the name of minor Plaintiff F.R. at a financial institution which maintains FDIC membership.

**4.** IT IS FURTHER ORDERED that Mila Romero is authorized to withdraw, and the Institution is ORDERED, on presentation of a file-stamped copy of this Order, to permit Mila Romero to withdraw funds in the total amount of **$4,800.00**, to be issued by the Institution to Mila Romero via cashier's check.

**5.** Within fifteen (15) days of Plaintiff's counsel's submission of the proof of the Deposit required under Paragraph 3 of this Order, the Parties are directed to file a stipulation for dismissal of the action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: August 6, 2024

_____
**HON. BETH LABSON FREEMAN**
UNITED STATES DISTRICT JUDGE